FILED '07 NOV 19 11:19 USDC-ORP

Kathryn Tassinari, OSB # 80115
Robert Baron OSB # 89020
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRI L. HYATT, | ) |
|         Plaintiff, | ) Case No. 07-6008-BR |
| vs. | ) ORDER REGARDING |
| | ) ATTORNEY FEES UNDER |
| MICHAEL J. ASTRUE, | ) THE SOCIAL SECURITY ACT |
| Commissioner of Social Security, | ) |
|         Defendant. | ) |

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby ORDERED that Plaintiff's counsel is granted 30 days subsequent to Plaintiff's notification of past-due benefits to prepare and submit a request specifying the amount of fees requested.

IT IS SO ORDERED this 19th day of November, 2007.

*anna brown*
U.S. District Judge

PRESENTED BY:

/s/ Kathryn Tassinari
Kathryn Tassinari
Of Attorneys for Plaintiff