Kathryn Tassinari
Robert Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'08 FEB 07 14:32 USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRI L. HYATT,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>      Defendant. | Civil No. X07-6008-BR<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES AND LEGAL ASSISTANT FEES<br>PURSUANT TO EAJA |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees in the amount of $3,363.14 and legal assistant fees in the amount of $1,440.00, submitted by the parties herein, plaintiff's Motion for payment of fees is hereby granted as full settlement of any and all claims for attorney and legal assistant fees under EAJA.

Attorney and legal assistant fees in the sum of $4,803.14 are awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Well, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this ___7___ day of __February__, 2008.

_____
U.S. District Judge

PRESENTED BY:

By: __s/ Kathryn Tassinari__
    Kathryn Tassinari
    OSB #80115
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES
PURSUANT TO EAJA