FILED'08 JUN 17 12:00USDC-ORP

Kathryn Tassinari, OSB # 80115
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRI L. HYATT, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 07-6008-BR <br><br> ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $11,178.25 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $11,178.25 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) - 1


Counsel shall refund the EAJA fee of $4,803.14 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this day of June 17, 2008

*[signature: Anna J. Brown]*

U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff